IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF MASSACHUSETTS

Case Docket No.: 1:25-cv-10772

Kelechi Linardon, an Individual
Pro Se, and on behalf of all others similarly situated **if a class is determined**

**Plaintiff,**

v.

Executive Office of Health and Human Services
Kate Walsh- (in their individual and official capacities),

Montachusett Regional Transit Authority (MART) and
Jerry McDonald, in their individual and official capacities
1427R Water Street, Fitchburg, MA 01420

DOES I through X, inclusive, and ROE
Business Entities I through X inclusive

**Defendants**

## MOTION FOR LEAVE TO SEAL

Plaintiff hereby respectfully moves this Court for leave to seal specific portions of the record in the above-captioned matter pursuant to Federal Rule of Civil Procedure 5.2, applicable local rules, and in consideration of the protection afforded by HIPAA regulations (45 C.F.R. Parts 160 and 164). In support of this Motion, the moving party states as follows:

### I. STATEMENT OF REASONS FOR SEALING

1. This case contains a significant amount of HIPAA-protected medical information as well as other sensitive federal identifiers that, if publicly disclosed, could compromise patient privacy, lead to identity theft, and cause other irreparable harm.

2. The documents at issue include detailed medical records, treatment histories, and federal identifiers that are not intended for public view and should be protected under the strict privacy standards mandated by HIPAA and related federal law.

3. The moving party seeks to seal specific documents/information that contain sensitive personal identifiers, confidential business information, or privileged material.