# EXHIBIT 1

## AFFIDAVIT JERRY MCDONALD

I, Jerry McDonald, hereby depose and state as follows:

1. I am the Assistant Director of Member Services for the Montachusett Regional Transit Authority ("MART"). I have held that position for 2.9 years.

2. Through its Dial-A-Mart Service, MART provides transportation that serves the needs of either human services agencies or target populations through eligible agency sponsored trips.

3. MART also provides transportation through its operating company for the Commonwealth of Massachusetts's Human Services Transportation Division of the Executive Office of Health and Human Services ("EOHHS"). MART provides routes for the Department of Developmental Services ("DDS") as well as individual MassHealth client rides on an as needed basis.

4. The Commonwealth has established a statewide Human Services Transportation coordination initiative, which utilizes a Broker system of managing transportation services for eligible consumers from various programs and agencies ("HST Brokerage System"). Selected Regional Transit Authorities such as MART act as HST Brokers and arrange transportation by subcontracting with qualified Transportation Providers ("Transportation Providers" or "vendors"). The Transportation Broker is a regional transit authority that manages non-emergency medical transportation for people who need assistance getting to and from their healthcare appointments. A Transportation Broker, such as MART, matches transportation requests with the right vehicles, the right routes and the right schedule to ensure that the MassHealth Member arrives at their appointment safely and on-time. MART does not receive federal funds for its brokerage business.

5. The Transportation Provider may request that a MassHealth member be on its exclusion list, which is a list of MassHealth members that the Transportation Provider will not transport because of the MassHealth member's behaviors or specialized transportation requirements which cannot be met.

6. To be eligible for transportation, a MassHealth Member's provider must complete an online Prescription for Transportation request (PT-1 form). If the PT-1 form is approved, the MassHealth Member will receive a letter from the transportation broker (in this case MART) with instructions on how to schedule a ride. The transportation is curb-to-curb service unless an enhanced level of service is indicated on the approved PT-1 form. This means that the Member will be picked up at the curb at her location of origin and dropped off at the curb at her destination. The driver may help the Member board and exit the vehicle, but if the Member requires additional assistance, the Member must ensure that someone is present to assist. The Member may also choose to bring someone with her to the appointment. If an escort is needed, there is a space on the PT-1 form to note that and the escort must be approved on the PT-1 form.

7. If a member uses a wheelchair, walker, or mobility scooter, the member may still use the PT-1 service. If the Member uses a wheelchair, walker, or requires additional assistance, the medical provider must include the information as part of the Member's PT-1.

8. Once the Member receives notification that the PT-1 has been approved, the Transportation Broker will arrange rides for the Member. If the Member is approved for transportation for the first time, MART sends the Member a welcome letter with MART's contact information, as well as information on scheduling, filing complaints and other helpful resources. Attached hereto as <u>Exhibit 1</u> is MART's Welcome Letter.

9. MART assigns each trip to a Transportation Provider on a low-cost, most appropriate basis, and on vehicle accessibility. HST policies do not allow participants to choose their own vendors. If a member feels a vehicle sent is not appropriate for her needs, the member should tell MART immediately.

10. Drivers are not allowed to make any unscheduled stops. Drivers cannot leave before a scheduled pick-up time even if they arrive early. They are required to wait until at least 10 minutes after scheduled pick-up time before departing without the Member. Attached hereto as Exhibit 2 are MassHealth's Transportation Info Sheet and MassHealth Transportation Guide for Providers and Members that can be found at https://www.mass.gov/info-details/learn-about-non-emergency-medical-transportation-for- masshealth-members.

11. MART has a call center to assist MassHealth members in scheduling their transportation. As the Assistant Director of Members Services, I am not typically involved in the actual scheduling of transportation for MassHealth members. I am familiar with Kelechi Linardon because I have communicated with her and assisted her with her requests for transportation and because of the challenges MART has had in finding a vendor who not only can accommodate her requests, but who is also willing to transport her. I am aware of at least eight vendors who have requested that Ms. Linardon be placed on their exclusion list, as someone who they will not transport due to Ms. Linardon's behaviors.

12. Ms. Linardon has a motorized mobility device. Ms. Linardon insists that the Transportation Provider's driver first remove the seat and fold the motorized mobility device, then manually lift it into the back of the vehicle. This is not a service that is provided under the MassHealth PT-1 transportation program. In speaking with multiple vendors, the

3

motorized mobility device is quite heavy and requires that the Transportation Provider send a driver who is physically able to lift the mobility device while at the same time ensuring that it is not damaged. Ms. Linardon's PT-1s specify that she be transported in an SUV and that she has a foldable wheelchair, not a power mobility device – motorized scooter. On one occasion Ms. Linardon agreed to be transported in a Sienna minivan when we were having difficulty matching her with the exact vehicle she was requesting. MART's scheduling team has reached out to countless vendors who could potentially accommodate Ms. Linardon's requirements in terms of a suitable vehicle, however as soon as they are told of her request that the power mobility device be partially disassembled, folded then lifted into the trunk, they immediately refuse to accept the booking. As a possible solution, I have recommended to Ms. Linardon that a chair car (a wheelchair accessible vehicle) be sent to provide her transport to and from her medical appointments which would still allow her to sit in the front seat of the vehicle – which she insists on doing, but Ms. Linardon has adamantly refused that option. As recently as February 3, 2025, I have proposed three options to accommodate Ms. Linardon's transportation requests that include transporting her motorized mobility device which are as follows: 1) that an escort or PCA (personal care assistant) travel with her to tend to her power mobility device, 2) that a lift equipped chair car vehicle be used to safely lift and secure her power mobility device (which would still allow her the option of being seated in the front seat, which she demands) be sent to transport her, and 3) reimbursing her for using Uber/lift ride sharing services to travel to and from her medical appointments. Attached here to as <u>Exhibit 3</u> is a letter dated May 5, 2023. Attached hereto as <u>Exhibit 4</u> is a letter dated February 3, 2025.

13. In requesting transportation, Ms. Linardon has demanded that certain types of vehicles, including specific makes, models and model years be used to transport her even though her PT-1s that are completed and submitted by her MassHealth providers have no such approved requirement. For example, on the occasion that Ms. Linardon agreed to be transported in a Toyota Sienna she insisted that the Sienna sent to transport her be a specific year and model. I have spent time researching the specific vehicles Ms. Linardon has requested in an attempt to accommodate her requests even though that is not required under the MassHealth PT-1 transportation program and is not part of my job, and even though her PT-1 does not contain an approved request for a specific make and model for the vehicle being sent to transport Ms. Linardon.

14. As set forth above, to be eligible for transportation, a MassHealth member's provider must complete and submit a PT-1 form.  In the past when I have notified Ms. Linardon that her PT-1s had expired and that she needed to have her provider submit a new one in order to book transportation, Ms. Linardon has refused to do so and has insisted that it is up to MART or MassHealth to contact her provider.

15. As an example of the lengths that MART and vendors have gone to try to accommodate Ms. Linardon's requests that are not included in her PT-1 forms and that go above and beyond the requirements of the transportation services provided under the MassHealth PT-1 transportation program, I found a new vendor to provide transportation for Ms. Linardon. Ms. Linardon requested a large SUV. When I told Ms. Linardon that the vendor was sending a Chevy Tahoe, Ms. Linardon said she could not climb into the vehicle. I reached back out to the vendor who was twenty minutes away from picking Ms. Linardon up to see if he had another vehicle.  The vendor had the driver turn around and then sent an CRV to

pick up Ms. Linardon for her appointment. When the driver arrived in the CRV, Ms. Linardon refused to go saying she was too late for the appointment.

16. Vendors are allowed to place Members on their exclusion list, a list of Members they will not transport. A number of vendors have placed Ms. Linardon on their exclusion list. Their complaints are similar. Vendors have complained that their drivers are often left waiting twenty to thirty minutes beyond Ms. Linardon's pickup times. When I discussed this with Ms. Linardon, she became combative accusing the vendors of slander. Ms. Linardon also has the expectation that the drivers will be immediately available or around, should her appointment end prior to her scheduled return time. I have told Ms. Linardon more than once that the driver will arrive at the requested times and if her appointment ends earlier, she will need to wait. In addition to her tardiness, vendors have complained about Ms. Linardon's rudeness. Further, when vendors have gone to pick-up Ms. Linardon, she is not always at the location listed in the PT-1. The prescription for transportation contained in the PT-1 completed by the MassHealth provider has specific pick up and drop off locations. The drivers are not allowed to pick up or drop off the member anywhere in between. On one occasion when Ms. Linardon was not at the pickup location, the driver did not want to strand her, so called her and did pick her up at another location. For a period of time, I was booking Ms. Linardon's transportation even though that is not my responsibility. When she was not at the pick-up location, she would tell me that the location that I had told the driver to pick her up was not the location she had provided me.

17. As an example of Ms. Linardon's rude behavior, it was reported to me that on April 15, 2023, a driver called Ms. Linardon to alert her that he had arrived at the address provided and he would be waiting for her. Ms. Linardon rudely told him that she was supposed to

be notified 15 minutes ahead of time, which is not true. The driver politely responded that he would be patiently waiting. When the driver called her almost 19 minutes later to find out if she was ready, Ms. Linardon screamed at him and told him not to call her again, that she would be outside when she was ready. Eighteen minutes later Ms. Linardon came out visibly agitated. When the driver asked her if she needed assistance getting into the car, she abused the driver and said she did not want to be rushed and that she would not get into the car util she spoke with the owner of the company. When the driver told her that he was the co-owner of the company and he would be happy to address her concerns, Ms. Linardon responded that she had never seen such a stupid owner. Attached hereto as <u>Exhibit 5</u> is a copy of the April 15, 2023 complaint.

18. Ms. Linardon has submitted complaints about Vendors. MART has investigated all her complaints. Attached hereto as <u>Exhibit 6</u> is a Vendor/Client Complaints List.

19. HST (Human Service Transportation Officer) contract standards requires that vehicles have a fire extinguisher mounted at a specific location in the front of the vehicle. Ms. Linardon insists on sitting in the front seat when being transported. When Ms. Linardon complained about the location of the fire extinguisher, she was told that it was required to be in its location. Even after the driver offered to cover the fire extinguisher she continued to complain.

20. Despite the significant efforts and time spent addressing Ms. Linardon's needs, Ms. Linardon's behavior and demands have escalated to an unacceptable level. She is rude, disrespectful and her inappropriate conduct crosses the line leading many vendors to place her on their exclusion list. Her behaviors coupled with her demands that are outside HST

and MassHealth PT-1 program requirements, make it difficult for MART to connect her

with a vendor able to meet her requirements and willing to transport her.

21. Since February 2025, MART has not always been able to source a vendor willing to
accommodate Ms. Linardon's requests.  When that has occurred, I have contacted Ms.
Linardon and offered her the three options available to her for transportation as set forth in
paragraph 12 above.

22. Between July 1, 2023 and May 2, 2025, Ms. Linardon has confirmed 161 trips for
transportation to and from medical appointments with MART, has cancelled 115 trips once
scheduled, has canceled 3 trips upon the driver's arrival and has been a no-show for 7 trips
for a total of 286 trips.  Attached here to as Exhibit 7 is a chart of the transportation services
booked for Ms. Linardon by MART.

Jerry McDonald, Assistant Director of
Member Services

Date:    5 - 6 - 2025

975908/37800/0001

8

# EXHIBIT 1



**Bruno J Fisher, Administrator**
*Headquarters:*1427R Water Street,
Fitchburg, MA 01420
(978) 345-7711 or 1-800-922-5636

Dear MassHealth Member,

To schedule a trip to a medical appointment or other PT-1 approved appointment, you have three options:

- **Visit our website** at hstrides.mrta.us or www.mass.gov/MassHealthRides

- Download our **mobile app** by scanning the QR Code (shown below).



Point your smart phone's camera at the QR code to find the QRyde Rider app in the App Store or Google Play Store to book your transportation online.

- Call our Medical Transportation **Call Center at (866) 834-9991.**

**Please note that:**

1. MART's Call Center is open Monday through Friday, 7 a.m. — 7 p.m.

2. MassHealth encourages you to schedule your transportation at least three business days before your scheduled appointment to ensure we can arrange transportation.

   a) If you find yourself in need of a same-day appointment and rescheduling would have a negative impact on your health, kindly notify us and we will contact your provider to confirm the urgency. (Referencing the Mass Health N.E.M.T notice issued on November 23, 2018, with an effective date of February 1, 2019)

3. If you are unable to provide a return pickup time for your trip, please call our Medical Transportation Call Center at (866) 834-9991 to give the call taker an estimated time for your return trip. If your appointment runs earlier or later, you will need to call the transportation provider directly when you are ready to return. Please keep in mind that it may take up to one hour from the time you call to be picked up. Your wait time could be greater than 1 hour for out-of-area transportation (i.e., Boston), depending on traffic.

**If you need to reach MART outside of business hours, call (866) 834-9991 and after language selection, choose Option 2. Your call will be answered by our After-Hours Service.**

MART can only schedule transportation for those MassHealth members with a valid PT-1 authorized by MassHealth. An authorized PT-1 is required for **each doctor, for each location**. MART is unable to schedule a trip for which a valid PT-1 is not on file. To determine the status of your PT-1 approval, please contact MassHealth Customer Service at (800) 841-2900.

**Confirmation of Trip and Pickup Time**

You will receive an automated confirmation phone call confirming the details of the next day's trip beginning at 5 p.m. on the business day before the scheduled travel date. You may also call our interactive voice response (IVR) system at (866) 834-9991, select language option then select 1 to get further information regarding your scheduled trip(s).

*hstrides.mrta.us*

**How to Cancel**

If you need to cancel a previously scheduled trip, please call MART's Medical Transportation Call Center at (866) 834-9991. Trips must be cancelled at least **one hour** before the scheduled pick-up time. You may also use the IVR (as explained above), 1 to 3 days prior to your scheduled trip date(s) to cancel trips.

**Tell Us How We're Doing**

**To submit feedback, including complaints to MART:**

If you have feedback regarding the quality of the transportation services you have received, **please call MART at (866) 834-9991**, select your language option, then select Option 3. Our Quality Assurance department will investigate the incident and take any actions necessary. MART will respond to your complaint within one business day of receipt to perform outreach and to gather additional information. **Please do not call your Transportation Provider to file complaints.**

**Share Your Positive Experience:**

If you received superior customer service from your driver or call center agent, **please contact us at (866)-834-9991** to share that information. We want our drivers and employees to know when they have provided great services. Our management team can also use that information to continuously improve our customer service trainings.

**Things to Keep in Mind Regarding Your Transportation:**

MART Medical Transportation Call Center will be closed in observance of the following federal and/or state holidays:

| | | |
|---|---|---|
| New Year's Day | Martin Luther King, Jr. Day | Presidents Day |
| Patriots Day | Memorial Day | Independence Day |
| Labor Day | Columbus Day | Veterans Day |
| Thanksgiving Day | Christmas Day | Juneteenth |

**If you need transportation on one of the above-mentioned holidays, please contact MART at least three business days in advance of the trip.**

- If you need help getting to your medical appointment(s) from an escort or family member, please make sure that your medical provider has indicated that on your PT-1 form.
- MART is only authorized to transport you to your MassHealth-authorized medical appointments and back to your home. Additional stops along the way (e.g., shopping, etc.) are not permitted.
- If you need to make a change to previously scheduled transportation, please call MART at (866) 834-9991 during normal business hours to ensure your transportation needs are met.
- All MART contracted transportation providers are required to have the name of their company clearly identified on the passenger-side door, as well as the rear of the vehicle. Members should not enter a vehicle that does not indicate the name of the company scheduled to provide the transportation.

*MART'S NON-EMERGENCY MEDICAL TRANSPORTATION TEAM ARE COMMITTED TO ENSURING YOUR NEEDS ARE MET, AND YOUR TRANSPORTATION IS SAFE, RELIABLE, AND TIMELY. WE LOOK FORWARD TO SERVING YOU!*

Sincerely,

MART's Non-Emergency Medical Transportation Team



**Bruno J Fisher, Administrador**
*Sede:*1427R Water Street,
Fitchburg, MA 01420
(978) 345-7711 o 1-800-922-5636

Estimado afiliado de MassHealth,

Para programar un viaje a una cita médica u otra cita aprobada por PT-1, tiene tres opciones:

- **Visit our website** at hstrides.mrta.us o www.mass.gov/MassHealthRides

- Descargue nuestra **aplicación móvil** escaneando el código QR (que se muestra a continuación).



> **Apunte la cámara de su teléfono inteligente al código QR para encontrar la aplicación QRyde Rider en App Store o Google Play Store para reservar su transporte en línea.**

- Llame a nuestro Centro de Llamadas de Transporte Médico **al (866) 834-9991.**

**Tenga en cuenta que:**

1. El Centro de Llamadas de MART está abierto de lunes a viernes, de 7 a.m. a 7 p.m.
2. MassHealth le recomienda que programe su transporte al menos tres días hábiles antes de su cita programada para asegurarse de que podamos organizar el transporte.
   a) Si necesita una cita para el mismo día y la reprogramación tendría un impacto negativo en su salud, notifíquenos amablemente y nos comunicaremos con su proveedor para confirmar la urgencia. (Haciendo referencia al aviso de Mass Health N.E.M.T emitido el 23 de noviembre de 2018, con fecha de vigencia del 1 de febrero de 2019)
3. Si no puede proporcionar una hora de recogida de regreso para su viaje, llame a nuestro Centro de Llamadas de Transporte Médico al (866) 834-9991 para darle al operador una hora estimada para su viaje de regreso. Si su cita es más temprana o más tarde, deberá llamar directamente al proveedor de transporte cuando esté listo para regresar. Tenga en cuenta que puede tardar hasta una hora desde el momento en que llama para que lo recojan. Su tiempo de espera podría ser superior a 1 hora para el transporte fuera del área (es decir, Boston), dependiendo del tráfico.

**Si necesita comunicarse con MART fuera del horario comercial, llame al (866) 834-9991 y, después de seleccionar el idioma, elija la opción 2. Su llamada será atendida por nuestro servicio fuera del horario de atención.**

MART solo puede programar el transporte para aquellos afiliados de MassHealth con un PT-1 válido autorizado por MassHealth. Se requiere un PT-1 autorizado **para cada médico, para cada ubicación**. MART no puede programar un viaje para el cual no haya un PT-1 válido en el archivo. Para determinar el estado de su aprobación PT-1, comuníquese con Servicio al Cliente de MassHealth al (800) 841-2900.

<u>Confirmación del viaje y hora de recogida</u>
Recibirá una llamada telefónica de confirmación automática confirmando los detalles del viaje del día siguiente a partir de las 5 p.m. del día hábil anterior a la fecha programada del viaje. También puede llamar a nuestro sistema de

respuesta de voz interactiva (IVR) al (866) 834-9991, seleccionar la opción de idioma y luego seleccionar 1 para obtener más información sobre su(s) viaje(s) programado(s).

## Cómo cancelar

Si necesita cancelar un viaje previamente programado, llame al Centro de Llamadas de Transporte Médico de MART al (866) 834-9991. Los viajes deben cancelarse al menos **una  hora** antes de la hora de recogida programada. También puede usar el IVR (como se explicó anteriormente), de 1 a 3 días antes de la(s) fecha(s) programada(s) de su viaje para cancelar viajes.

## Cuéntanos cómo estamos haciendo

### Para enviar comentarios, incluidas las quejas a MART:

Si tiene comentarios sobre la calidad de los servicios de transporte que ha recibido, **llame a MART al (866) 834-9991, seleccione su opción de** idioma y luego seleccione la opción 3. Nuestro departamento de control de calidad investigará el incidente y tomará las medidas necesarias. MART responderá a su queja dentro de un día hábil a partir de su recepción para realizar actividades de divulgación y recopilar información adicional. **Por favor, no llame a su proveedor de transporte para presentar quejas.**

### Comparte tu experiencia positiva:

Si recibió un servicio al cliente superior de su conductor o agente del centro de llamadas, **comuníquese con nosotros al (866)-834-9991** para compartir esa información. Queremos que nuestros conductores y empleados sepan cuándo han brindado excelentes servicios.  Nuestro equipo de administración también puede usar esa información para mejorar continuamente nuestras capacitaciones de servicio al cliente.

### Cosas a tener en cuenta con respecto a su transporte:

El Centro de Llamadas de Transporte Médico de MART estará cerrado en observancia de los siguientes días festivos federales y/o estatales:

| Día de Año Nuevo | Día de Martin Luther King, Jr. | Día de los Presidentes |
|---|---|---|
| Día de los Patriotas | Día de los caídos | Día de la Independencia |
| Día del Trabajo | Día de la Raza | Día de los Veteranos |
| Día de Acción de Gracias | Día de Navidad | Juneteenth |

**Si necesita transporte en uno de los días festivos mencionados anteriormente, comuníquese con MART al menos tres días hábiles antes del viaje.**

- Si necesita ayuda de un acompañante o familiar para llegar a su(s) cita(s) médica(s), asegúrese de que su proveedor médico lo haya indicado en su formulario PT-1.
- MART solo está autorizado para transportarlo a sus citas médicas autorizadas por MassHealth y de regreso a su hogar.  No se permiten paradas adicionales en el camino (por ejemplo, ir de compras, etc.).
- Si necesita hacer un cambio en el transporte previamente programado, llame a MART al (866) 834-9991 durante el horario comercial normal para asegurarse de que se satisfagan sus necesidades de transporte.
- Todos los proveedores de transporte contratados por MART deben tener el nombre de su empresa claramente identificado en la puerta del lado del pasajero, así como en la parte trasera del vehículo.  Los miembros no deben ingresar a un vehículo que no indique el nombre de la empresa programada para proporcionar el transporte.



**Bruno J Fisher, Administrador**
*Sede:* 1427R Water Street,
Fitchburg, MA 01420
(978) 345-7711 o 1-800-922-5636

*EL EQUIPO DE TRANSPORTE MÉDICO QUE NO SEA DE EMERGENCIA DE MART SE COMPROMETE A GARANTIZAR QUE SE SATISFAGAN SUS NECESIDADES Y QUE SU TRANSPORTE SEA SEGURO, CONFIABLE Y OPORTUNO. ¡ESPERAMOS PODER SERVIRLE!*

Sinceramente

Equipo de transporte médico que no es de emergencia de MART

# EXHIBIT 2

**Transportation Info Sheet**

**What is MassHealth Transportation?**
With the support of the Human Transportation Services (HST) unit, MassHealth is able to provide transportation to MassHealth covered services for eligible individuals. These services include, but are not limited to, medical, dental, mental health, and substance use disorder appointments, as well as transportation to and from Day Habilitation programs.

**Who may qualify for MassHealth transportation?**
MassHealth members with an eligibility category that includes transportation coverage (Standard, CommonHealth, CarePlus) may qualify.

**How do I obtain approval for transportation to a provider?**
Your MassHealth provider must complete an online transportation request (PT-1) for you. Your provider can find the PT-1 on the MassHealth Customer Web Portal, a website for providers. Any one of your MassHealth providers can submit a PT-1 form for any other MassHealth provider you need to travel to.

**How long will it take to process my PT-1?**
The approval process may take up to three business days. You will be notified by mail whether or not you have been approved. If you need medical transportation before that, your medical provider can call the MassHealth Customer Service Center at (800) 841-2900 to request verbal approval.

**Who will provide my transportation after my PT-1 is approved?**
Once your transportation services are approved, you will be assigned a broker who will schedule your trips. The Montachusett Regional Transit Authority (MART) coordinates trips for Western, Central, and Northeastern Massachusetts as well as the Metro Boston area. The Greater Attleboro and Taunton Regional Transit Authority (GATRA) coordinates trips for Southeastern Massachusetts and Cape Cod.

**How do I schedule my trips?**
Your welcome letter from your broker provides instructions for how to schedule your trips (phone, web portal, app, etc.). They will also provide information about who to contact if you have questions or concerns. The brokers do not provide the trips, rather they assign the trips to transportation companies/vendors.

**Can I choose my own transportation company (vendor) to provide my trips?**
Brokers assign each trip to a transportation company on a low-cost, most appropriate basis, and on vehicle availability. Human Transportation Services policies do not allow for participants to choose their own vendors. If you feel a vehicle sent to you was not appropriate for your needs, please tell your broker immediately.

# Know Before You Go

**What to expect from drivers**
- Drivers should be courteous and respond to your needs.
- Drivers can only take you to the address you are approved to go to. You will either be dropped off at the curb or taken to the door depending on the level of service authorized on the PT-1.
- Drivers should wear an ID badge with their name and company.
- Drivers are not allowed to make any unscheduled stops (such as pharmacies, fueling stations, coffee shops, convenience stores, etc.)
- Drivers are not allowed to wear headphones, talk or text on a cell phone (or any hands-free device) while the vehicle is moving.
- Drivers cannot leave before your scheduled pick-up time even if they arrive early. They are required to wait until at least 10 minutes after scheduled pickup time before departing without the member.
- Drivers are allowed to be up to 15 minutes late in case there is traffic. Anything over 15 minutes late should be reported to your transportation broker.
- Drivers should offer to help you get into and out of the vehicle.
- Drivers are required to bring you to your appointment on time barring any unforeseen circumstances out of their control, such as traffic and weather.
- Drivers cannot make you leave your appointment early.

**What to expect from vehicles**
- Vehicles should have the company name on the passenger side and rear of the vehicle.
- Smoking is not allowed on any vehicle (including e-cigarettes).
- Vehicles should have working heat and air conditioning.
- There should be a seatbelt with shoulder strap for every passenger in the vehicle.

**If you are traveling with a wheelchair**
- Wheelchair vehicles should have proper wheelchair restraints. In most cases this means secured in four places.
- Wheelchair vehicles should have appropriate lap/shoulder seatbelts.
- Wheelchair vehicles should have a raised roof (12 inches).
- Wheelchairs should be secured so that they are facing forward in the vehicle.

*If you feel your wheelchair was not properly secured please report that to your broker immediately!*

**Important things to remember**
- Whenever possible, schedule your trips at least three business days before your appointment.
- Transportation for urgent care appointments that were given on the same day or for the next day will be provided.
- Please be ready at your scheduled pickup time or a little earlier.
- No smoking, eating, and drinking on any vehicle.
- Everyone in the vehicle must wear seatbelts throughout the duration of the trip.

- If you need to cancel a previously scheduled trip, please give your broker at least one hour notice if possible.
- You can ask your broker to adjust your pickup time if they schedule a pickup that would make you late to your appointment.
- If you schedule a will-call return ride, meaning you call for your pick-up when your appointment is finished, your wait time may be 60 minutes or longer. You may find it easier to schedule your return trip for a later time than when you expect your appointment to end so you know exactly how long you have to wait.
- Your ride may be shared with other members, but these additional pickups and drop-offs should not add more than 45 minutes to your trip.
- If you require an escort to assist you on your trip, you must ask your medical provider to indicate that on your PT-1.
- If you need to be picked up or dropped off at a location besides your home, that information must be added to your PT-1 as an alternate pickup address at the time of submission.

**How can I submit a complaint about my trip or provide feedback?**
If something went wrong on your trip, we want to know. Please contact your broker either:
- On the phone where you will be able to speak to a representative or leave a voice message
- On their website to provide your feedback in writing and to upload any photo/video evidence that you wish to provide

If your broker is GATRA, please call (800) 431-1713      https://cp-gatra.qryde.com/cp/
If your broker is MART, please call (866) 834-9991       https://cp-mart.qryde.com/cp/

If you file a complaint you should expect to hear back within 24 hours that your complaint has been received. You should be notified at that time if your broker needs additional information from you to investigate your complaint further. *You may request not to ride with a transportation provider that you filed a complaint about while the complaint is being investigated.*.

**Who should I contact to provide feedback about my HST transportation services or if I have general questions about the brokerage?**
HST wants to hear from you if you're not receiving the highest level of service. We rely on your feedback to ensure that this essential part of the healthcare system is working.

To file a complaint, contact the HST office at (617) 847-3427 or
hstcomplaintincident@massmail.state.ma.us

To provide any other feedback or ask general questions, contact the HST office at (617) 847-3427 or
hstinfo@mass.gov

This document may be available in alternative formats as a reasonable accommodation for people with disabilities. Please email your request to hstinfo@mass.gov, or call (617) 847-3427 with a description of the accommodation you will need and include as much detail as you can.

# EXHIBIT 3



**Bruno J Fisher, Administrator**
Brokerage Division 100 Main Street
Fitchburg, MA  01420
(978) 353-0333 or 1-866-834-9991

May 5, 2023

Kelechi Linardon
25 Dorchester Ave
Boston, MA 02127

Dear Ms. Linardon;

As you have expressed a desire to make your own transportation accommodations, due to the lack of vendors that can currently meet the vehicles specifications that you are requesting.  I have outreached to MassHealth for the established parameters for Personal Reimbursement for Transportation.

You can schedule your own ride using Lyft/Uber ride sharing services and the personal reimbursement information will go through MART.  The documents should all be sent through the mail to MART, 100 Main St., Fitchburg, MA 01420 to the attention of Jerry McDonald.

The following is what is required:

- receipt for the transportation including date, locations and cost.
- confirmation on physician letter head that you were there for an appointment on the specified date to match the date and location of the reimbursement request.
- Authorized PT1 is required to be on file that matches the pickup and drop off locations.
- Reimbursement only applies to medical appointments not for pharmacy transport.
- Prior to reimbursement, it needs to be confirmed that a MassHealth covered service was billed from the indicated location on date of the personal reimbursement request.

If you have any questions or require further clarification, please reach out to Mr. McDonald as maybe difficult to get in touch with as I will be leaving the company in less than a week, he will be your point of contact moving forward and he can be reached at 978-665-2806.

Respectfully,

Rebecca L. Badgley
Brokerage Director

# EXHIBIT 4



**Bruno J Fisher, Administrator**

*Headquarters:*1427R Water Street,
Fitchburg, MA 01420

February 3, 2025

Kelechi Linardon

245 Revere Beach Parkway

Revere, MA 02151

Dear Ms. Linardon,

This letter serves as a follow-up to our phone call dated January 30, 2025 regarding your transportation accommodation. As I shared with you, the request to have the vendor fold your power mobility device and manually lift it into the back of the vehicle is outside the scope of service as a curb-to-curb non-emergency medical transportation provider.

We also have a lack of vendors that can meet the specific vehicle requirements that you are requesting. As discussed there are three options that can be made available to you.

1:      An escort or PCA who can travel with you to tend to your power mobility device.

2:      A lift equipped chair car to safely lift and secure your power mobility device. You would still have the option of being seated in the front seat.

3:      Personal reimbursement for using Uber/lift ride sharing services. The reimbursement information would be submitted to MART by mail to: MART 100 Main Street, Fitchburg MA 01420 Attention: Jerry McDonald.

The following is required for the personal reimbursement option:

- o   Receipt for the transportation to include the date, locations and cost.
- o   Confirmation on physician letterhead that you were there for an appointment on the specified date to match the date and location of the reimbursement request.
- o   Authorized PT1 is required to be on file that matches the pick-up and drop-off locations.
- o   Reimbursement only applies to medical appointments, not for pharmacy transport.
- o   Prior to reimbursement it needs to be confirmed that a MassHealth covered service was billed from the indicated location on the date of the personal reimbursement request.

*www.mrta.us*



**Bruno J Fisher, Administrator**

*Headquarters:* 1427R Water Street,
Fitchburg, MA  01420

I am also enclosing the MART welcome letter for your reference.    If you have any questions or require further clarification, please do not hesitate to outreach me directly.

Respectfully,



**Jerry McDonald**

*Assistant Director, Member Services*

Montachusett Regional Transit Authority

100 Main St. Fitchburg, MA 01420

O: 978-665-2806

 www.mrta.us | hstrides.mrta.us

# EXHIBIT 5

4/15/2023 - Complaint CM27980/SAMI

Driver Yusufu Lubega called her at 4:26pm to alert her that he had arrived at the address and would be waiting for her. She rudely stated that she was supposed to be notified 15 minutes ahead of time since it takes her time to put on her braces. Driver politely responded that he would be patiently waiting.

At 4:45pm, the driver politely called her again to find out if she was ready to be taken to Boston for her appointment. She screamed at the driver and told him NOT to call her again. That she would be outside when she is ready.

At 5:03pm, Ms. Linardon came outside. She was visibly agitated and said that MART was always messing up her order. And that she is supposed to go to the ER because it's an emergency.

Ms. Linardon was on a motorized scooter. Driver suggested that if it's an emergency, we should probably call 911. Client verbally insulted the driver. Told him that she had a phone and knew how to call 911.

Client said that the previous MART vendor had broken her motorized scooter. And that the Insurance would not cover it. That she was planning to sue the vendor and MART. Driver listened and said nothing.

Driver asked her if she needed his assistance to get into the car. She abused the driver and said that she did not want to be rushed. And that she was getting upset. She stated that she would not get into the car until she talked to the owner of the Company. Driver told her that he was a co-owner and would be happy to address her concerns.

Ms. Linardon stated that he had never seen such a stupid owner. That she can't wait to sue MART and the vendor if anything happens to her. At around 5:22pm, after refusing to get into the car, she was marked as cancelled.

We apologize for any inconveniences. Client was very abusive and had pre-meditated plans of suing in case of anything.

# EXHIBIT 6

4/30/25, 4:16 PM CMS Reports Display

Reports | HST Survey Data | Help | Home | Logout

**Welcome: Jerry**

**MART**

**Member Complaint Data Entry**

*Page 1 of 1*

## VENDOR/CLIENT COMPLAINTS LIST

Agency - DMA, Area - ALL, Client - Linardon Kelechi, Date Received From - 01/01/2021 To - 04/30/2025, Due Date - ALL, Status - ALL, Print Client Name - Y

| S.No. | Complaint ID | Operator | Client Name | Client Address | Category | Service Type | Complaint Memo | MART Action | Investigator Response Memo | Status | Date Received | Date of Incident | PU Time | To Reply |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CM1792 | FOCL | LINARDON, KELECHI | 832 BROADWAY SAUGUS, MA 01906 | | WF2 | The member reported the driver told her that there was a problem with the tire. She could hear that there was something wrong. On the return home the tire blew & got flat, he driver pulled over right away. The member was in the vehicle for 90 mins. The driver made a call, he spoke in his native language & another driver came. The driver was conducting a business transaction, purchasing another veh. She got out of the veh. It was around 9p, when the me driver called road side assistance. The member started to power her | Forwarded to Vendor Compliance. Attempted to contact vendor 4x, no response, sent 2 emails for driver & veh info. The plate # is not listed in Access. **LV48358 IS LISTED IN ACCESS. REPORT ON FILE. MM** | Driver had a flat tire when transporting Client home, the tire did not blew as it was statement it just lost air. Driver was less then 5mins away from the clients house. Triple A was called to come fix the tire they gave an hour ETA. Client stated that she wouldn�❤ be able to wait and since she�❤s down the street from her house the driver could take her care of the car and escort her home whiles she drives. Driver helped her get home safely nearly got hit by a car in the process of helping her. Clients was never in the vehicle for | RESOLVED | 08/09/2021 | 08/02/2021 | 1830 | |

https://martvnde.hbssweb.com/ITMSVP/CMS/CMSShowReport.aspx

1/8

4/30/25, 4:16 PM

CMS Reports Display

2/8

| # | Case ID | Code | Name | Address | Type | Complaint | Action / Resolution Note | Narrative | Status | Date | Date | Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | CM12305 | HBLS | LINARDON, KELECHI | 25 DORCHESTER AVE. BOSTON, MA 02127 | WF2 | way home in her wheel chair. member reported that on this date the driver picked her up with his sick child in the vehicle. The member became ill after being exposed to the sick child this additionally resulted in the member missing several medical appointments. The member also reported that in February, she will be producing the date the driver also had his child in the vehicle also damaged part of her equipment by forcing it in around the childs carseat. | It is a contract violation to have employees children in the vehicle while transporting members. If *$100.00 contractual fine issues to vendor CG 4.12.22 future instances of this nature will result in suspension | 90mins like she stated, she was in there less then an hour. Driver also never conducted a business transaction that statement is absolutely false. The driver on the job was going to drop off the baby at the babysitter the driver received a late notice from the babysitter who was sick but not the baby the driver called the client and explained the issue the client said it◆s OK to bring the baby with you we always treat and deal with this client with patience respect and help unfortunately she always look for problems as far as her equipment we absolutely have nothing to do with it we always take a good care of it she may be damaged it from other drivers since she takes Lyft all the time and she always complain about Lyft drivers don◆t know how to take her scooter apart sorry for any inconvenience this issue will never happen again thank you very much | RESOLVED | 04/04/2022 | 03/17/2022 | 1420 |
| 3 | CM23841 | GVAL | LINARDON, KELECHI | 25 DORCHESTER AVE | WF2 | The member called and stated that the driver refused to | MART Agent (kp) did give all info to vendor regarding member needs. The driver | The driver arrived 30 minutes prior to the clients | RES-VNAF | 12/29/2022 | 12/29/2022 | 1500 |

4/30/25, 4:16 PM

## CMS Reports Display

| 4 | CM23842 | MJTS | LINARDON, KELECHI | 25 DORCHESTER AVE | BOSTON, MA 02127 | WF2 | | | RESOLVED | 12/30/2022 | 12/29/2022 2100 | 3/8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

acted inappropriately and is to be removed and sent for retraining in Consumer Sensitivity and HIPPA protocol. Report on file. JKN

get out of her vehicle to assist her into the vehicle. Driver claimed MART did not inform them about her WC/Scooter and wanted the member to leave ne WC/Scooter behind. The driver also was video recording the member with his cell phone (HIPPA Violation). When the MART Agent (KP) called the vendor, the dispatcher stated that the member would not get in the car. The drivers interaction with the member is recorded on the bldg security cameras.

The member reported via voicemail at 532am 12/30,

Member was listed as a no show by MJTS @ 9:58pm. Clyde used by MJTS. Promised:

address because i was told the client is sick and will time to get to the car but when the driver arrived and contacted the client she told the driver her pick up was at 0300 pm. The driver waited for the client till 0330 pm that's when the client came out of the hotel. The driver reached out to me informing me that the client is not using a foldable w/c but its electric. I requested the driver to transfer the phone call to a video call so i can see the kind of w/c he was relating to." The driver never recorded or take any pictures of the client". I was on the with the driver all the time he was with the client. The driver requested the client to seat in the car so he can figure out how to fit the w/c in the truck but the client insisted and told the driver if the has know idea of how to unfold the w/c she won't be getting in the car . We don't do w/c services and my drivers have no knowledge about the scooter w/c.

4/30/25, 4:16 PM

## CMS Reports Display

| # | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | CM27980 | SAMI | LINARDON, KELECHI | 25 DORCHESTER AVE BOSTON, MA 02127 | BOSTON, MA 02127 | WF2 | Full unedited statement attached. | that the driver told her to call when she was done her appointment. The member has been waiting hours for the driver to return for her and her calls went to voicemail and were not returned. The member called MART after hours and was on the line with Jeannette for 1/2 hour member said she was trying to get agent to contact vendor or get her another ride home. The member said the agent told her she could not get her another ride as she could not see that she was scheduled. The member stated she is going to take taxi, uber or lyft and will send mart the bill. | (09:00PM Actual: 06:54PM) (08:59PM - 09:15PM) Why did the driver arrive at 6:54pm when the return was scheduled for 9:00pm?? Report on file. JKN | scheduling departmnet I could arrive at 6:30PM to pick up the Member, I was told she was outside waiting, when i got here she was not outside called the member few times and she kept telling me that shes coming out, at 6:54PM i marked the member as a no show and asi was doing so she came outside and i told people at schedulilng department to reconfirm the trip for me, after i left the member at hospital i told her that, her return time was 9:00PM, she told me that she did not know when she was going to come out so at that i just told her ill be waiting outside i waited till almost 10PM and left since she was not ready, she later was calling me at 2AM in the morning but i was already home sleeping. | RES-VNAF | 04/15/2023 | 1630 |
| 6 | CM28243 | SAMI | LINARDON, KELECHI | 25 DORCHESTER AVE BOSTON, MA 02127 | BOSTON, MA 02127 | WF2 | DRIVER SHOWED WITH THE INCORRECT VEHICLE TYPE. MART CALLED THE VENDOR AND SPOKE WITH LAFITAH AT SAMI, SHE | Vendor filed complaint, see CM27980.// *Report on file. 4.24.23 | Complaint raised by vendor. | Vendor filed a complaint, see CM27980. | RES-VNAF | 04/15/2023 | 1630 |

CMS Reports Display

| # | | | Name | Address | | Type | | | Details | | Status | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | CM29681 | RLCR | LINARDON, KELECHI | 25 DORCHESTER AVE BOSTON, MA 02127 | | | | WF2 | CONFIRMED THAT THE DRIVER WENT TO THE PICKUP ADDRESS AND THE CLIENT DID NOT LIKE THE VEHICLE THEY HAD. VENDOR HAVE CANCELLED THE RIDE AND STATED THAT THERE WERE NO DRIVERS AVAILABLE AT THE TIME. CLIENT WAS VERY UPSET BECAUSE SHE IS IN PAIN SINCE HER PICKUP TIME AND SHE HAD TO WAIT A FEW HOURS TO GET ANOTHER VENDOR FOR HER APPOINTMENT, SHE WANTED TO REPORT THIS VENDOR. | Client says, the driver arrived 15-20 minutes late in which caused her to arrive late to her scheduled 1220p appointment. | Promised: 11:30AM Actual: 11:54AM Promised: 12:20PM Actual: 12:33PM. *Client reassigned. *Phone call follow-up to member. //*All delays must be reported to the MassHealth members and MART 15 minutes prior to the scheduled pickup time. -CG 6.1.23 | RESOLVED | 05/25/2023 | 05/25/2023 | 1130 |
| 8 | CM32948 | GLOB | LINARDON, KELECHI | 25 DORCHESTER AVE BOSTON, MA 02127 | | COMPLAINT | | WF2 | . | Per Contracts/Compliance, the vendors cannot remove fire extinguishers that are attached to the vehicle. Report on file. JKN | GLOB is scheduled to pickup client Linardon in Woburn MA, however, she has called and directed us to remove the fire extinguisher from its location. Otherwise we cannot pick her up. GLOB has | driver got there on time, called members phone but did not answer until he sent her a message then she came out. member told driver he is only supposed to send her a message because she can not pick the phone while getting ready. | RESOLVED | 08/17/2023 | 08/17/2023 | 1330 |

CMS Reports Display

| # | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | CM37561 | DHSV | LINARDON, KELECHI | 25 DORCHESTER AVE BOSTON, MA 02127 | WF2 | Member stated that she was not ready for her 330pm return home. She stated that she went out to the vehicle and told the driver that she needed more time, and he said that he would wait. Member says when she came out for her ride home, the driver began yelling at her while they were driving. The member does not want this vendor anymore. | Qnyde reads, Promised: 03:30PM Actual: 04:13PM. Failure to Respond to a Complaint Within 48 Hours. $100 fine. WARNING: Drivers and dispatchers are always professional and polite. | Client was picked up at 3:18pm. Client was texted and called. Client came out at 3:32pm and said she had Mass health information to complete at next building. Driver complied with request. Client came out at 4:33pm and offered driver a carrot cake. Driver declined cake and this enraged Ms Kelechi who went into a verbal spat against the driver. Driver informed the client that he would not to engage in a verbal exchange. Ms Kelechi continued to hurl verbal insults and comments to the driver. Driver has proof of text messages and communication with client. Driver remained calm, professional and respectful despite verbal attack from the client. Driver | RESOLVED | 12/18/2023 | 12/15/2023    1530 |

suggested to her that the fire extinguisher will be covered to prevent any injuries, but she has declined our intervention. GLOB at this point needs to speak to someone because this installation is requirement which we cannot do without.

CMS Reports Display

4/30/25, 4:16 PM

| 10 | CMS0664 | HOAS | LINARDON, KELECHI | 25 DORCHESTER AVE BOSTON, MA 02127 | WF2 | Vendor was late from having gone to the wrong address. Driver arrived at 245 Revere Beach Parkway at 1pm and with the wrong vehicle type. It was supposed to be a large SUV and he arrived with a Honda Odessey minivan. Member decided to embark so not to miss her appointment. The driver had challenges getting her scooter in the vehicle as there was no ♦trunk♦ per say. The provider did see her although she was over an hour late. Her secondary complaint is that she states MART was misinformed/lied to about who was picking her | Vendor fined $200.00 for not responding to this complaint. On time performance $100.00 fine to vendor. 12.24.24 JH | reports that this has been a continuous occurrence and Ms Kelechi even goes food/grocery shopping keeping drivers waiting for more than an hour.Driver also reports that Ms Kelechi demands to be picked up earlier despite listed pick up time on Qryde app.Driver would like a call to furnish more information on Ms Kelechis behavior during that day and on several other trip | RESOLVED | 12/17/2024 | 12/17/2024 | 1230 | Non disputed. |

4/30/25, 4:16 PM

CMS Reports Display

| 11 | CM51726 | LVAL | LINARDON, KELECHI | 25 DORCHESTER AVE BOSTON, MA 02127 | | WF2 | up as there had been phone calls exchanged between both parties when he arrived at the incorrect pick up address. | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | The vendor stated that this is the second time they have had this member. Both times as soon as she is seated in the vehicle, she begins complaining. She complains that the driver does not know how to/told her how to/told her scooter, and the vehicle (2021 Honda CRV) is to small for her. The vendor wishes not to transport this member again. | Member excluded from vendor. Vendor not at fault. JKN 1.22.25 | RES-VNAF 01/22/2025 01/22/2025 1230 | |

Print Report | Back to Report Options

Top of Page

# **EXHIBIT 7**

Reservation By Client:  07/01/2023 - 05/02/2025

From Date: 07/01/2023   Client Name: LINARDON, KELECHI (C283612)   Segment: ALL   To Date: 05/02/2025   Trip Status: ALL

| Row Labels | Count of TRIP STATUS |
|---|---|
| CANCEL ON ARRIVAL | 3 |
| CANCELLED | 115 |
| CONFIRMED | 161 |
| NO SHOW | 7 |
| Grand Total | 286 |