# UNITED STATES DISTRICT COURT

**DISTRICT OF** Massachusetts

Kelechi Linardon

V.

Montachusett Regional Transit et al

## EXHIBIT AND WITNESS LIST

Case Number: 1:25-cv-10772-WGY

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William G. Young | Pro se Plaintiff Kelechi Linardon | Deborah Ecker |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/20/2025 | Richard Romanow | Kellyann Belmont |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 5/20/2025 |  |  | Witness- Kelechi Linardon |
|  |  | 5/20/2025 |  |  | Witness- Jerry McDonald |
| 1 |  | 5/20/2025 |  | Yes | Settlement Agreement- Under the Americans with Disabilities Act between the United States of |
|  |  |  |  |  | America and Lyft, Inc. |
| 2 |  | 5/20/2025 |  | Yes | Title III of the American with Disabilities Act print out |
|  | 3 | 5/20/2025 |  | Yes | Letter from Jerry McDonald to plaintiff |
| 4 |  | 5/20/2025 |  | Yes | Audit Report- The Montachusett Regional Transit Authority did not Follow Its Performance |
|  |  |  |  |  | Standard for untimely Drop-offs |
| 5 |  | 5/20/2025 |  | Yes | Press Release from Office of the Attorney General- Montachusett Regional Transit Authority to Pay |
|  |  |  |  |  | $300,000 to Resolve Allegations of Submitting False Claime to MassHealth |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages