# Emergency Appeal

Case #: 1:25-cv-10772-WGY

Plaintiff
Pro Se litigant Kelechi Linardon

V.

Defendant
1) Kate Walsh - Executive Office of Health and Human Services
2) Montachusett Regional Transit Authority (MART) and Jerry McDonald

## Notice of Appeal

Now comes the plaintiff respectfully give Notice of Appeal on Judge William G. Young Plaintiff motion for Preliminary Injunction order and Appeals (2) on the Dismissal of the Defendant Executive Office of Health and Human Services Kate Walsh.

Respectfully Submitted,

Kelechi Linardar    Date: May 2, 2025